UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

          ORDER
          09-cr-107-bbc
vs.        16-cv-322-bbc

ERIC KOENIG,

    *Defendant*.

---

## ORDER FOR AN AMENDED JUDGMENT UPON THE STIPULATION OF THE PARTIES

On June 23, 2017, the parties filed a stipulation recommending that this Court forgo a sentencing hearing and impose a sentence of time-served (effective 14 days from the date of the amended judgment, but no later than July 10, 2017) as to both counts of conviction, with the five-year period of supervised release remaining unchanged. The Court will accept the parties' recommendation, and issue an amended judgment accordingly.

Thus, IT IS ORDERED that the parties' stipulation and agreement for time-served sentences is hereby ADOPTED.

IT IS FURTHER ORDERED that the Clerk of the Court issue an amended judgment as to Eric Koenig in Case No. 09-cr-107-bbc, specifying a sentence of "time served, effective 14 days from the date of entry of this amended judgment, but no later than July 10, 2017" as to both counts of conviction (counts 2 and 4).

IT IS FURTHER ORDERED that the amended judgement should specify that Eric Koenig's term of imprisonment "is to be followed by a five-year term of supervised release on each count of conviction, to be served concurrently."

IT IS FURTHER ORDERED that the amended judgment should specify all of the conditions of supervised release that are listed in the Revised PSR filed on June 9, 2017, including (but not limited to) Special Condition 17, which requires Koenig to "[s]pend 180 days in a residential reentry center, as approved by the supervising U.S. probation officer, with admission upon the first available vacancy."

Dated this 27th day of June, 2017.

BY THE COURT:
/s/
_____
Barbara B. Crabb
District Judge